FILED

MAY 25 2011

PATRICK E. DUFFY, CLERK
By_____
DEPUTY CLERK, MISSOULA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# MISSOULA DIVISION

In the Matter of the Search of:				MJ 11-41-M-JCL

							ORDER

In the Matter of the Seizure of all funds
up to $1,239,497.87 in Mountain West Bank, N.A.
account number *****278 in the name of
*****************.

The warrant in the above-entitled matter having been executed and returned - together with a copy of the certified inventory of the property seized - to the undersigned, the Clerk of Court is directed to file the same.

IT IS SO ORDERED.

DATED this 25th day of May, 2011.

Jeremiah C. Lynch
United States Magistrate Judge

1